UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case Number: 5:21-CV-0061-FL

PATRICK JOSEPH CAMPBELL, ET AL., )
)
Plaintiffs, )
)
v. ) OBJECTION AND MOTION TO QUASH
)
PATRICE GARLINGTON, ET AL., )
)
Defendants. )

Katherine Anne Frye (hereinafter "Movant"), pursuant to Fed. R. Civ P. 45(d), objects to and moves to quash the Subpoena issued to her by Plaintiff Patrick J. Campell, in this action. In support thereof, Movant respectfully shows the Court as follows:

1. Movant is a practicing attorney in Wake County, North Carolina, appointed by order of the Honorable Michael J. Denning, retired, to serve as the Parenting Coordinator for Plaintiff's minor children, T.C. and C.C., pursuant to N.C. Gen. Stat. § 50-90, *et seq*. A true and accurate copy of Judge Denning's Order is attached hereto as Exhibit 1.

2. On April 16, 2021, the Honorable Brian Ratledge entered an Order on the Parenting Coordinator Report. A true and accurate copy of Judge Ratledge's Order of April 16, 2021 is attached hereto as Exhibit 2.

3. Also on April 16, 2021, Judge Ratledge entered a second order for a pre-filing injunction against Plaintiff. A true and accurate copy of Judge Ratledge's pre-filing injunction Order is attached hereto as Exhibit 3.

4. On May 10, 2021, Movant was served with a subpoena issued by this Court (hereinafter "the First Subpoena"), upon the request of Plaintiff, providing a deadline to respond of May 9, 2021. A true copy of this subpoena is attached hereto as Exhibit 4.

5. On May 12, 2021, J. Christopher Jackson, attorney for Movant, served Objections and Responses to the First Subpoena on behalf of Movant. A true copy of the May 12, 2021 Objections and Responses is attached hereto as Exhibit 5.

6. On May 12, 2021, a member of the Wake County Sheriff's Department served a second subpoena on Movant issued by this Court on the request of Plaintiff, with a deadline of production for May 13, 2021 at 5:00 p.m. (hereinafter "the Second Subpoena"). A true copy of the Second Subpoena is attached hereto as Exhibit 6.

7. The Subpoena demands that the Movant produce the following documents:

> Your entire correspondence in any form (including correspondence by your firm and including attachments) with any employee of Yates McLamb & Weyher LLP (including but not limited to Ryan Shuirman, with any employee of a court (including but not limited to Wake County Courts), with Virginia Campbell or any of her attorneys, with any employee of UNC or attorney on their behalf)

8. The Second Subpoena is objectionable and should be quashed in that it requires the disclosure of privileged or other protected records pursuant to N.C. Gen. Stat. § 50-98(b), and no exception or waiver applies to the privilege or protection, and fails to allow a reasonable time to comply, and further subjects Movant to an undue burden.

9.  Movant further incorporates herein by referenced the objections set forth in the May 12, 2021 Objections and Responses to the First Subpoena [Exhibit 5] as equally applicable to the Second Subpoena

WHEREFORE, Movant respectfully prays the Court that:

1.  This verified Motion be received as an affidavit;

2.  The Subpoena be quashed in its entirety;

3.  The objections of Movant to the Subpoena attached hereto be sustained;

4.  The Court award reasonable costs and expenses incurred in obtaining this Order, including attorney's fees; and

5.  Movant have such other and further relief as the Court shall deem just and proper.

This the 13th day of May, 2021.

        BAILEY & DIXON, LLP

        By: /s/ J.T. Crook
            J.T. Crook, N.C. State Bar No. 35232
        Attorneys for Movant
        Post Office Box 1351
        Raleigh, North Carolina 27602-1351
        Telephone: (919) 828-0731
        Email: jcrook@bdixon.com

## VERIFICATION

       KATHERINE A. FRYE, first being duly sworn, deposes and says that she as read the foregoing and attached Objection and Motion to Quash and that the facts stated therein are true of her own personal knowledge, except such matters as are stated on information and belief, and as to those matters she believes them to be true.

_____
Katherine A. Frye

I certify that KATHERINE A. FRYE personally appeared before me this day, proved her identity to me by satisfactory evidence, and acknowledged to me that she voluntarily signed the foregoing document for the purpose stated therein.

This the 13th day of May, 2021.

_____
NOTARY PUBLIC

My Commission Expires: 9/12/2022

TYLAR RICKMAN
Notary Public
North Carolina
Johnston County

# CERTIFICATE OF SERVICE

I hereby certify the on the 13th day of May, 2021, I electronically filed the foregoing Objection and Motion to Quash with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Ryan M. Shuirman
>Madeleine Pfefferle
>Yates McLamb & Weyher, LLP
>Post Office Box 2889
>Raleigh, NC 27602
>Email: rshuirman@ymwlaw.com
>         mpfefferle@ymwlaw.com
>*Attorneys for Defendants*

I further certify that I placed a copy of the foregoing Objection and Motion to Quash in the United States mail, postage prepaid, and electronically mailed the foregoing to the Plaintiff at the following address:

>Patrick Joseph Campbell
>4602 Merendino St
>Raleigh, NC 27606
>Email: Patrickjcampbell2001@yahoo.com
>*Pro se Plaintiff*

This the 13th day of May, 2021

>BAILEY & DIXON, LLP
>
>By: /s/ J.T. Crook
>    J.T. Crook, N.C. State Bar No. 35232
>    Attorneys for Movant
>    Post Office Box 1351
>    Raleigh, North Carolina 27602-1351
>    Telephone: (919) 828-0731
>    Email: jcrook@bdixon.com