IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-cv-00061-FL

PATRICK JOSEPH CAMPBELL, ET AL.,

    Plaintiffs,

v.

PATRICE GARLINGTON, ET AL.,

    Defendants.

## NON-PARTY KATHERINE ANN FRYE'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

Non-Party Katherine Ann Frye ("Frye") hereby objects and responds to the Subpoena to Produce Documents, Information, or Objects ("Subpoena") served by Plaintiff, Patrick Joseph Campbell, in the above-referenced action on May 10, 2021, as follows:

1. **Your* entire correspondence (and attachments) with Ryan Shuirman, with any employee of NC Courts or Wake County Courts, with any employee of YMW Law, with Virginia Campbell or any of her attorneys, with UNC,**

    *"your correspondence" including correspondence with any employee of your firm

    **Response:**

    Frye objects to this Request because it is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence, as well as not proportional to the needs of the case, in that it requests "your entire correspondence (and attachments)" with multiple listed individuals and entities without limitation. Frye also objects to this Request because

it calls for extensive research, investigation, or identification of documents that would subject Frye to annoyance, oppression, harassment, and undue or unreasonable expense.

Frye objects to this Request because it fails to allow reasonable time for compliance, in that the subpoena commands production by May 9, 2021, but it was not properly served until May 10, 2021, which also renders the subpoena untimely, void, and moot. Frye further objects that Plaintiff's attempted service on or about May 7, 2021, wherein a copy of the subpoena was not served on her personally, is improper and ineffectual.

Frye objects to this Request because it does not provide a place for production within 100 miles of Frye's residence, place of employment, or where she regularly transacts business. Frye objects to this Request to the extent it requests privileged or confidential information.

Further, Frye is the duly appointed Parenting Coordinator in Plaintiff's North Carolina State Court family law action, *Campbell v. Campbell*, Wake Co. District Court Case No. 13-cvd-15157. Frye objects to this Request because it is in direct violation of the Order Appointing Parenting Coordinator, dated May 16, 2019, in which it is expressly ordered, *inter alia*, that the Parenting Coordinator's records may only be subpoenaed by order of the Judge presiding over the state court case and that the Parenting Coordinator may only be subpoenaed by the Assigned Judge in that matter. The Court in the state action previously has denied Plaintiff's attempts to subpoena Frye.

Dated: May 12, 2021.

                                          */s/ J. Christopher Jackson*
                                          J. Christopher Jackson
                                          N.C. State Bar No. 26916
                                          cjackson@morningstarlawgroup.com
                                          **MORNINGSTAR LAW GROUP**

421 Fayetteville Street, Suite 530
Raleigh, NC 27601
Telephone: (919) 590-0365
Facsimile: (919) 882-8890

*Attorney for Non-Party Katherine Ann Frye*

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing on the following by electronic mail and U.S. Mail, postage prepaid and addressed as follows:

>Patrick Joseph Campbell
>4602 Merendino Street
>Raleigh, NC 27606
>Patrickjcambell2001@yahoo.com
>
>*Pro Se Plaintiff*
>
>Ryan M. Shuirman
>rshuirman@ymwlaw.com
>Madeleine Pfefferle
>mpfefferle@ymwlaw.com
>Yates McLamb & Weyer
>Post Office Box 2889
>Raleigh, NC 27602
>
>*Counsel for Defendants Patrice Garlington,*
>*Nancy Berson, and Mark Everson*

This the 12th day of May, 2021.

>/s/ J. Christopher Jackson
>J. Christopher Jackson
>N.C. State Bar No. 26916
>
>*Attorney for Non-Party Katherine Ann Frye*