Index to Exhibits

1. Order Appointing Parent Coordinator
2. Order on PC Report
3. Prefiling Injunction
4. Subpoena to Katherine Anne Frye
5. Subpoena Objections
6. Second Subpoena