AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Katherine Anne Frye
on *(date)* 05/12/2021.

☒ I served the subpoena by delivering a copy to the named person as follows: at
4700 Wood Valley Dr Raleigh, NC 27613 in person
on *(date)* 05/12/2021 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/12/2021

*Server's signature*

MAY 11 2021

H. Madeiros, 3350 Deputy
*Printed name and title*

330 S Salisbury St Raleigh, NC
*Server's address*

Additional information regarding attempted service, etc.:    GERALD M. BAKER, SHERIFF

FILED

MAY 1 7 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK