AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☑ I returned the subpoena unexecuted because: Party did not appear in court, was done by Webx .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/11/21

R. Wall
Server's signature

R. Waller
Printed name and title

MAY 11 2021

330 S. Salisbury St, Raleigh, NC
Server's address

GERALD M. BAKER, SHERIFF

Additional information regarding attempted service, etc.:

FILED

MAY 1 4 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case 5:21-cv-00061-FL   Document 45   Filed 05/14/21   Page 1 of 1