UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case Number: 5:21-CV-0061-FL

PATRICK JOSEPH CAMPBELL, ET AL.,                )
                                                )
       Plaintiffs,                              )
                                                )    MOTION TO SEAL
v.                                              )
                                                )
PATRICE GARLINGTON, ET AL.,                     )
                                                )
       Defendants.                              )

      Katherine Anne Frye (hereinafter "Movant"), moves the Court, pursuant to Fed. R. Civ P. 5.2(d) and Local Rule 79.2, to seal Exhibits 1 and 2 to Movant's previously-filed Objection and Motion to Quash [D.E. 42] the Subpoena issued to her by Plaintiff Patrick J. Campbell, in this action. In support thereof, Movant respectfully shows the Court as follows:

      1.    Movant is a practicing attorney in Wake County, North Carolina, appointed by order of the Honorable Michael J. Denning, retired, to serve as the Parenting Coordinator for Plaintiff's minor children, T.C. and C.C. [D.E. 42-1].

      2.    The Order Appointing Movant as Parenting Coordinator identifies Plaintiff's minor children, T.C. and C.C. by name, as well as their dates of birth.

      3.    On April 16, 2021, the Honorable Brian Ratledge entered an Order on the Parenting Coordinator Report prepared and filed by Movant in Wake County District Court. [D.E. 42-2].

4. Judge Ratledge's April 16, 2021 Order identifies this action, including the names of Plaintiff's minor children as plaintiffs in this action. [D.E. 42-2, p. 1-2 of 5].

5. On May 19, 2021, this Court temporarily sealed Exhibits 1 and 2 of Movant's Objection and Motion to Quash Subpoenas served upon her by Plaintiff. [D.E. 42].

6. Exhibits 1 and 2 to Movant's Objection and Motion to Quash should be permanently sealed, as they identify the full names and birthdays of Plaintiff's minor children who are purportedly parties to this action. [D.E. 42-1 and 42-2].

WHEREFORE, Movant respectfully prays the Court that:

1. Exhibits 1 and 2 of Movant's Objection and Motion to Quash remain sealed [D.E. 42-1, 42-2, and 42-3];

2. The Court accept redacted copies of Document Numbers 42-1 and 42-2, attached hereto as Exhibits 1 and 2;

This the 24th day of May, 2021.

BAILEY & DIXON, LLP

By: /s/ J.T. Crook
    J.T. Crook, N.C. State Bar No. 35232
Attorneys for Movant
Post Office Box 1351
Raleigh, North Carolina 27602-1351
Telephone: (919) 828-0731
Email: jcrook@bdixon.com

CERTIFICATE OF SERVICE

I hereby certify the on the 24th day of May, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Ryan M. Shuirman
    Madeleine Pfefferle
    Yates McLamb & Weyher, LLP
    Post Office Box 2889
    Raleigh, NC 27602
    Email: rshuirman@ymwlaw.com
           mpfefferle@ymwlaw.com
    *Attorneys for Defendants*

    Patrick Joseph Campbell
    4602 Merendino St
    Raleigh, NC 27606
    Email: Patrickjcampbell2001@yahoo.com
    *Pro se Plaintiff*

This the 24th day of May, 2021

    BAILEY & DIXON, LLP

    By: /s/ J.T. Crook
        J.T. Crook, N.C. State Bar No. 35232
    Attorneys for Movant
    Post Office Box 1351
    Raleigh, North Carolina 27602-1351
    Telephone: (919) 828-0731
    Email: jcrook@bdixon.com