IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-CV-61-FL

| | |
|---|---|
| PATRICK JOSEPH CAMPBELL, C.G.C. and T.W.C.<br><br>Plaintiff,<br><br>vs.<br><br>PATRICE GARLINGTON (IN HER INDIVIDUAL and official CAPACITY); NANCY BERSON (IN HER INDIVIDUAL and official CAPACITY); and MARK EVERSON (IN HIS INDIVIDUAL and official CAPACITY)<br><br>Defendants. | **PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO SEAL DE 12-2** |

For good cause shown, Defendants' Motion to Seal DE 12-2 (DE 50) is hereby allowed and the temporary seal is hereby permanent.

**SO ORDERED,** this the ____ day of _____, 2021

_____
Louise W Flanagan
United States District Court Judge

1

Respectfully submitted,

This the 27th day of May, 2021.

        **YATES, MCLAMB & WEYHER, L.L.P.**

  By: /s/ Madeleine M. Pfefferle
     Ryan M. Shuirman
     N.C. State Bar No.: 26746
     Madeleine M. Pfefferle
     N.C. State Bar No.: 50932
     *Attorneys for Defendants*
     Post Office Box 2889
     Raleigh, North Carolina 27602
     Telephone: (919) 835-0900
     Facsimile: (919) 835-0910
     rshuirman@ymwlaw.com
     mpfefferle@ymwlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-CV-61-FL

PATRICK JOSEPH CAMPBELL *et al.*, )
)
Plaintiffs, )
vs. ) **CERTIFICATE OF SERVICE**
)
PATRICE GARLINGTON, *et al.* )
)
Defendants. )

I hereby certify that on May 27, 2021, I electronically filed the foregoing PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO SEAL DE 12-2 the Clerk of Court Using the CM/ECF System, which will send notification of such filing to the following CM/ECF participants:

J.T. Crook, Esq.
Bailey Dixon
PO Box 1351
Raleigh, NC 27602-1351
jcrook@bdixon.com

I further certify that I deposited a file-stamped copy of the document in a sealed envelope with the United States Postal Service with the postage fully prepaid to the following non-CM/ECF participant addressed as follows:

Patrick J. Campbell
4602 Merendino St.
Raleigh, NC 27606
patrickjcampbell2001@yahoo.com
*Pro Se Plaintiff*

3

**YATES, MCLAMB & WEYHER, L.L.P.**

By: /s/ Madeleine M. Pfefferle
Ryan M. Shuirman
N.C. State Bar No.: 26746
Madeleine M. Pfefferle
N.C. State Bar No.: 50932
*Attorneys for Defendants*
Post Office Box 2889
Raleigh, North Carolina 27602
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
rshuirman@ymwlaw.com
mpfefferle@ymwlaw.com