# Patrick Campbell

| | |
|---|---|
| **From:** | Patrick Campbell <patrickjcampbell2001@yahoo.com> |
| **Sent:** | Monday, March 22, 2021 2:09 PM |
| **To:** | 'Valerie.T.Sanders@nccourts.org' |
| **Cc:** | 'Katherine Frye'; 'Virginia Campbell' |
| **Subject:** | Objections - Frye ex parte communications, no authority to seek expedited hearing |
| **Attachments:** | 190516 order appointing parenting coordinator PC.pdf; Feb 20 updated pc order post statute.pdf |

Dear Valerie,

A couple of objections:

### 1. Ex Parte communication with court

I object to Ms. Frye's ex parte communication with the court - she is specifically prohibited in her appointment order attached, from so doing – see first attachment **P4, 9C.**
If there are any further ex parte communications, please copy the parties who I understand are both Pro Se and allow sufficient time to respond.

### 2. Ms. Frye has no authority to request expedited hearing

Maybe the court had me on mute during the WebEx, but I respectfully objected to Ms. Frye's request for an earlier date. I'm renewing that objection now.
Ms. Frye alleged - falsely – that she has authority to request an expedited hearing. As she is well aware she **has no such authority.**

Ms. Frye as appointed in May 2019, prior to the entry of the present PC statute in October 2019.
Her appointment order and all others originating at that time **did not confer PC's any authority to request an expedited hearing** .
See Ms. Frye's' appointment, p7B Recommendations first file attached - nowhere there or elsewhere in in her appointment does it provide her authority for an expedited hearing.

I'm attaching a copy of a PC appointment under the new statute for the court's .

The statute she referred to **is not retroactive**. Ms. Frye is required by both the prior and new statute **to abide by the terms of her appointment order**.

The court respectfully continued this hearing to July 14th today - it respectfully must remain set for that date.
Please let me know if more formal objection is required.

Patrick.

---

**From:** Katherine Frye [mailto:katherine@fryelawoffices.com]
**Sent:** Monday, March 22, 2021 1:31 PM
**To:** Virginia Campbell <quinn_campbell@yahoo.com>; Patrick Campbell <patrickjcampbell2001@yahoo.com>
**Subject:** FW: Campbell PC Report

FYI. Notice will issue, but I wanted to advise you both about this date change.

Katherine A. Frye
Frye Law Offices
919.846.8807 (phone)
919.457.1496 (fax)
katherine@fryelawoffices.com
9209 Baileywick Road
Suite 203
Raleigh, NC 27615

---

**From:** "Sanders, Valerie T." <Valerie.T.Sanders@nccourts.org>
**Date:** Monday, March 22, 2021 at 1:23 PM
**To:** Frye Law Offices <katherine@fryelawoffices.com>
**Subject:** RE: Campbell PC Report

Katherine,

I conferred with Judge Ratledge the case was continued to 4/12/2021, courtroom 2B at 9:00am.

Thank you!



**Valerie T. Sanders**
Family Court Case Coordinator-Judge Ratledge
Family Court-Judicial District 10
**North Carolina Judicial Branch**
O 919-792-4885
F 919-792-4876 (optional)

*Justice for all*
**www.NCcourts.gov**



---

**From:** Katherine Frye <katherine@fryelawoffices.com>
**Sent:** Monday, March 22, 2021 11:21 AM
**To:** Sanders, Valerie T. <Valerie.T.Sanders@nccourts.org>
**Subject:** Campbell PC Report

Valerie,

I wanted to confer with you about an earlier date for my PC report. The statute requires a hearing within 4 weeks, and my report was filed on February 16, 2021. I wanted to see if April 19 or May 12 would be options. As a note, on May 12, the Rocha FPT (#9) will be removed shortly as

consent orders on all issues are in the process of being signed. The PC report would only need one hour.

If I can be added to one or both dates, I can go through the process of asking the Judge to reset the issue to the earlier date. In Court, we were given July 14, which is almost 5 months after the report has been filed.

Thank you for any assistance.

--
Katherine A. Frye
Frye Law Offices
9209 Baileywick Road
Suite 203
Raleigh, NC 27615
(p) 919-846-8807
(f) 919-457-1496



E-mail correspondence to and from this address may be subject to the North Carolina public records laws and if so, may be disclosed.