UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case Number: 5:21-CV-0061-FL

| | |
|---|---|
| PATRICK JOSEPH CAMPBELL, ET AL., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| PATRICE GARLINGTON, ET AL., | ) ) |
| Defendants. | ) |

ORDER ON MOVANT'S MOTION TO SEAL

Movant Katherine Frye moved the Court for an Order Sealing Docket Numbers 42-1, and 42-2, pursuant to Fed. R. Civ. P. 5.2.

For good cause shown, Movant's Motion to Seal is allowed, and the temporary seal placed on Docket Numbers 42-1 and 42-2 on May 19, 2021, is hereby permanent.

**SO ORDERED,** this the 3rd day of June, 2021.

Louise W. Flanagan
United States District Court Judge