IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-CV-61-FL

| | |
|---|---|
| PATRICK JOSEPH CAMPBELL, C.G.C. and T.W.C.<br><br>Plaintiff,<br><br>vs.<br><br>PATRICE GARLINGTON (IN HER INDIVIDUAL and official CAPACITY); NANCY BERSON (IN HER INDIVIDUAL and official CAPACITY); and MARK EVERSON (IN HIS INDIVIDUAL and official CAPACITY)<br><br>Defendants. | **ORDER GRANTING DEFENDANTS' MOTION TO SEAL DE 12-2** |

For good cause shown, Defendants' Motion to Seal DE 12-2 (DE 50) is hereby allowed and the temporary seal is hereby permanent.

**SO ORDERED,** this the 3rd day of June, 2021

_____
Louise W Flanagan
United States District Court Judge

1

Respectfully submitted,

This the 27th day of May, 2021.

                                              **YATES, MCLAMB & WEYHER, L.L.P.**

                    By:    /s/ Madeleine M. Pfefferle
                             Ryan M. Shuirman
                             N.C. State Bar No.: 26746
                             Madeleine M. Pfefferle
                             N.C. State Bar No.: 50932
                             *Attorneys for Defendants*
                             Post Office Box 2889
                             Raleigh, North Carolina 27602
                             Telephone: (919) 835-0900
                             Facsimile: (919) 835-0910
                             rshuirman@ymwlaw.com
                             mpfefferle@ymwlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-CV-61-FL

| | |
|---|---|
| PATRICK JOSEPH CAMPBELL *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| PATRICE GARLINGTON, *et al.* ) | |
| ) | |
| Defendants. ) | |

I hereby certify that on May 27, 2021, I electronically filed the foregoing PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO SEAL DE 12-2 the Clerk of Court Using the CM/ECF System, which will send notification of such filing to the following CM/ECF participants:

J.T. Crook, Esq.
Bailey Dixon
PO Box 1351
Raleigh, NC 27602-1351
jcrook@bdixon.com

I further certify that I deposited a file-stamped copy of the document in a sealed envelope with the United States Postal Service with the postage fully prepaid to the following non-CM/ECF participant addressed as follows:

Patrick J. Campbell
4602 Merendino St.
Raleigh, NC 27606
patrickjcampbell2001@yahoo.com
*Pro Se Plaintiff*

**YATES, MCLAMB & WEYHER, L.L.P.**

By: /s/ Madeleine M. Pfefferle
Ryan M. Shuirman
N.C. State Bar No.: 26746
Madeleine M. Pfefferle
N.C. State Bar No.: 50932
*Attorneys for Defendants*
Post Office Box 2889
Raleigh, North Carolina 27602
Telephone: (919) 835-0900
Facsimile: (919) 835-0910
rshuirman@ymwlaw.com
mpfefferle@ymwlaw.com