UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PATRICK JOSEPH CAMPBELL; C.G.C., a minor; and T.W.C., a minor<br>        Plaintiffs,<br><br>v.<br><br><br>PATRICE GARLINGTON; NANCY BERSON, in her individual and official capacity; and MARK EVERSON, in his individual and official capacity<br>        Defendants. | **JUDGMENT**<br><br>No. 5:21-CV-61-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss, non-party movants Motion to Quash subpoena, plaintiff's motion to amend complaint, motion to remand, motion to stay and motion to appoint Guardian Ad Litem.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 3, 2021, and for the reasons set forth more specifically therein, the court GRANTS defendants' motion to dismiss, and non party movants Motion to Quash, and further DENIES plaintiff's motion to amend complaint, motion to remand, motion to stay and motion to appoint Guardian Ad Litem. Plaintiff Patrick Campbell's claims are DISMISSED WITHOUT PREJUDICE. Any claims purportedly asserted on behalf of C.G.C and T.W.C. are DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on June 3, 2021, and Copies To:**
Patrick Joseph Campbell (via CM/ECF Notice of Electronic Filing)
John Thomas Cook (via CM/ECF Notice of Electronic Filing)
Ryan Michael Shuiman / Madeleine Pfefferle (via CM/ECF Notice of Electronic Filing)

June 3, 2021                        PETER A. MOORE, JR., CLERK

                                              /s/ Sandra K. Collins
                                             (By) Sandra K. Collins, Deputy Clerk