## Product Tracking & Reporting

UNITED STATES POSTAL SERVICE®

Help

| Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | USPS Corporate Accounts | July 12, 2021 |

### USPS Tracking Intranet
### Delivery Signature and Address

Tracking Number: 9510 8134 3168 1097 4653 22

This item was delivered on 04/12/2021 at 04:50:00

< Return to Tracking Number View

**FILED**

**JUL 12 2021**

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK



Signature / Address

Enter up to 35 items separated by commas.

Select Search Type: Quick Search    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 21.3.2.0.109



**UNITED STATES POSTAL SERVICE.**

CAPITOL
311 NEW BERN AVE
RALEIGH, NC 27601-1417
(800)275-8777

04/07/2021　　　　　　　　　　01:05 PM
------------------------------------------
| Product | Qty | Unit Price | Price |

Priority Mail® 2-Day 1　　　　　　$7.95
Flat Rate Env
　Washington, DC 20420
　Flat Rate
　Expected Delivery Date
　　Sat 04/10/2021
　Tracking #:
　　9505 5134 3168 1097 4653 12
　Insurance　　　　　　　　　　　$0.00
　　Up to $50.00 included
Total　　　　　　　　　　　　　　$7.95

Priority Mail® 2-Day 1　　　　　　$7.95
Flat Rate Env
　Washington, DC 20420
　Flat Rate
　Expected Delivery Date
　　Sat 04/10/2021
　Tracking #:
　　9510 8134 3168 1097 4653 22
　Insurance　　　　　　　　　　　$0.00
　　Up to $50.00 included
　Signature　　　　　　　　　　　$3.20
　Confirm
　Affixed Postage　　　　　　　　-$7.95
　　Affixed Amount: $7.95
Total　　　　　　　　　　　　　　$3.20

------------------------------------------
Grand Total:　　　　　　　　　　$11.15
------------------------------------------
Credit Card Remitted　　　　　　$11.15
　Card Name: VISA
　Account #: XXXXXXXXXXXX3249
　Approval #: 983986
　Transaction #: 342
　AID: A0000000980840　　　Chip
　AL: US DEBIT
　PIN: Not Required
------------------------------------------

****************************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
****************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Earn rewards on your business account
purchases of Priority Mail labels
with the USPS Loyalty program by
using Click and Ship. Visit
www.usps.com/smallbizloyalty
for more info.

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

------------------------------------------
UFN: 366356-0192
Receipt #: 840-52700207-3-4189857-1
Clerk: 71